UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND FOR UTAH, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>WESTERN PIPE COATERS & ENGINEERS INC.,<br><br>        Defendant. | Case No. 15-cv-04665-DMR<br><br>**ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

The court is in receipt of Plaintiffs' request to continue the Initial Case Management Conference. [Docket No. 14.] The request is granted. The Case Management Conference previously scheduled for January 6, 2016 is hereby VACATED.

The parties shall file a joint status report in 45 days.

All other deadlines as set forth in the Order Setting Initial Case Management Conference and ADR Deadlines are continued accordingly.   Immediately upon receipt of this Order, Plaintiffs shall serve Defendant with a copy of this Order and file a proof of service with the court.

**IT IS SO ORDERED.**

Dated: December 31, 2015

_____
Donna M. Ryu
United States Magistrate Judge