UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND FOR UTAH, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>WESTERN PIPE COATERS & ENGINEERS INC.,<br><br>　　　　Defendant. | Case No. 15-cv-04665-DMR<br><br>**ORDER REQUESTING STATUS REPORT IN 60 DAYS**<br><br>Re: Dkt. No. 17 |

　　The court is in receipt of Plaintiffs' status report and request to continue the Initial Case Management Conference. Docket No. 17. There is no Case Management Conference currently scheduled in this case. Docket No. 15. Plaintiffs represent that they are engaged in meaningful discussion with Defendant regarding informal resolution of this matter and that Plaintiffs are preparing a payment plan for Defendant's review that, if agreed to, would resolve this case by Stipulated Judgment. Docket No. 17.

　　The parties shall file a joint status report in 60 days.

　　All other deadlines as set forth in the Order Setting Initial Case Management Conference and ADR Deadlines are continued accordingly. Immediately upon receipt of this Order, Plaintiffs shall serve Defendant with a copy of this Order and file a proof of service with the court.

　　**IT IS SO ORDERED.**

Dated: February 17, 2016

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Donna M. Ryu
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge